**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF TENNESSEE**
**SOUTHERN DIVISION**

| | |
|---|---|
| IN RE: | Case No.: **16-14640 NWW** |
| **WILLIAM BROWNING LUTHER II** | Chapter 13 |
| **KELLY HAYES LUTHER** | |

## NOTICE OF FINAL CURE PAYMENT

According to Fed. Bankr. Rule 3002.1(f), the Trustee gives notice that the amount required to cure the prepetition default in the below claim has been paid in full and the Debtor(s) have completed all payments under the plan.

**Part 1: MORTGAGE INFORMATION**
Creditor Name:        **FREEDOM MORTGAGE CORPORATION**

Court Claim Number: **004**        UCI: NA

Last Four of Account Id Number:        1560

Property Address, if available:        1827 LULA LAKE ROAD

**Part 2: CURE AMOUNT**

a. Allowed prepetition arrearage:        $1105.55

b. Prepetition arrearage paid by the Trustee:        $1105.55

c. Amount of postpetition fees, expenses and charges recoverable under FRBP 3002.1(c):        $0.00

d. Amount of postpetition fees, expenses and charges recoverable under FRBP 3002.1(c) paid by the Trustee:        $0.00

Total Disbursements by Trustee:        $69,943.46

**Part 3: POST PETITION MORTGAGE PAYMENT**
Mortgage is paid thru the Trustee conduit.

Current Monthly Mortgage Payment: $1,055.80

Next post-petition payment due: JANUARY 2022

**To the extent that the Debtor is not current as of the date of this notice, the creditor should file a response indicating same.**

## YOUR RESPONSE IS REQUIRED BY F.R.B.P Rule 3002.1(g)

Under Bankruptcy Rule 3002.1(g), the creditor must file and serve on the debtor(s), their counsel, and the trustee, within 21 days after service of this notice, a statement indicating whether the creditor agrees that the debtor(s) have paid in full the amount required to cure the default and stating whether the debtor(s) have (i) paid all outstanding postpetition fees, costs, and escrow amounts due, and (ii) consistent with §1322(b)(5) of the Bankruptcy Code, are current on all postpetition payments as of the date of the response. Failure to file and serve the statement may subject the creditor to further action of the court, including possible sanctions. To assist in reconciling the claim, a history of payments made by the Trustee is attached to copies of this notice sent to debtor(s) and creditor.

I certify that the information contained herein is true and correct to the best of my knowledge, information and reasonable belief.

Dated: 1/20/22                                    Respectfully Submitted:

s/ Kara L. West, Trustee
Kara L. West (TN No. 25744)
Standing Chapter 13 Trustee
P.O. Box 511
Chattanooga, TN 37401
(423) 265-2261

## CERTIFICATE OF SERVICE

I hereby certify that on January 20, 2022 a copy of the Notice of Final Cure was served on those listed below as indicated:

**Via electronic noticing:**

ERON H EPSTEIN ESQUIRE - ECF
US Trustee – ECF
Bankruptcy Court – ECF
  – ECF

**Via U.S. First Class mail, postage prepaid, to the following entities at the address listed:**

Debtor:   WILLIAM BROWNING LUTHER II, 1827 LULA LAKE ROAD, , LOOKOUT MOUNTAIN, GA    30750
Creditor:   FREEDOM MORTGAGE CORPORATION, 10500 KINCAID BLVD, , FISHERS, IN 46037-
Creditor Noticing Address:

s/ Kara L. West w/permission by DRJ (35)
Chapter 13 Trustee
P.O. Box 511
Chattanooga, TN 37401-0511
(423) 265-2261

# Disbursements for Claim

**Case:** 16-14640  **WILLIAM BROWNING LUTHER II**

**FREEDOM MORTGAGE CORPORATION**
10500 KINCAID BLVD

FISHERS, IN  46037-

**Sequence:** 24
**Modify:**
**Filed Date:** 12/13/2016 12:00:00AM
**Hold Code:**

Acct No:  1560/LULA LAKE RD

MAIN:1827 LULA LAKE RD

| | | |
|---|---|---|
| Amt Sched: ########### | Debt: $68,837.91 | Interest Paid: $0.00 |
| Amt Due: $1,055.80 | Paid: $68,837.91 | Accrued Int: $0.00 |
| | | Balance Due: $0.00 |

| name | Type | Date | Check # | Principal | Interest | Total | Reconciled |
|---|---|---|---|---|---|---|---|
| **0040    FREEDOM MORTGAGE CORPORATION** | | | | | | | |
| FREEDOM MORTGAGE CORPORATIC | | 12/31/2021 | 2141157 | $2,308.84 | $0.00 | $2,308.84 | |
| FREEDOM MORTGAGE CORPORATIC | | 10/31/2021 | 2134058 | $858.56 | $0.00 | $858.56 | 11/29/2021 |
| HOME POINT FINANCIAL CORPORA | V | 10/14/2021 | 2130576 | ($1,055.80) | $0.00 | ($1,055.80) | 10/14/2021 |
| FREEDOM MORTGAGE CORPORATIC | M | 10/14/2021 | 2132008 | $1,055.80 | $0.00 | $1,055.80 | 10/29/2021 |
| HOME POINT FINANCIAL CORPORA | | 09/30/2021 | 2130576 | $1,055.80 | $0.00 | $1,055.80 | 10/14/2021 |
| HOME POINT FINANCIAL CORPORA | | 08/31/2021 | 2126927 | $1,055.80 | $0.00 | $1,055.80 | 10/05/2021 |
| HOME POINT FINANCIAL CORPORA | | 07/31/2021 | 2123265 | $1,055.80 | $0.00 | $1,055.80 | 08/31/2021 |
| HOME POINT FINANCIAL CORPORA | | 06/30/2021 | 2119497 | $1,055.80 | $0.00 | $1,055.80 | 08/04/2021 |
| HOME POINT FINANCIAL CORPORA | | 05/31/2021 | 2115682 | $1,055.80 | $0.00 | $1,055.80 | 06/28/2021 |
| HOME POINT FINANCIAL CORPORA | | 04/30/2021 | 2111875 | $1,055.80 | $0.00 | $1,055.80 | 06/01/2021 |
| HOME POINT FINANCIAL CORPORA | | 03/31/2021 | 2108029 | $1,055.80 | $0.00 | $1,055.80 | 04/30/2021 |
| HOME POINT FINANCIAL CORPORA | | 02/28/2021 | 2101047 | $1,055.80 | $0.00 | $1,055.80 | 03/29/2021 |
| HOME POINT FINANCIAL CORPORA | | 01/31/2021 | 2097332 | $1,055.80 | $0.00 | $1,055.80 | 03/08/2021 |
| HOME POINT FINANCIAL CORPORA | | 12/31/2020 | 2093617 | $1,055.80 | $0.00 | $1,055.80 | 01/25/2021 |
| HOME POINT FINANCIAL CORPORA | | 11/30/2020 | 2089794 | $1,365.69 | $0.00 | $1,365.69 | 12/28/2020 |
| HOME POINT FINANCIAL CORPORA | | 10/31/2020 | 2086012 | $1,501.60 | $0.00 | $1,501.60 | 11/27/2020 |
| HOME POINT FINANCIAL CORPORA | | 09/30/2020 | 2082173 | $1,714.55 | $0.00 | $1,714.55 | 10/29/2020 |
| HOME POINT FINANCIAL CORPORA | | 08/31/2020 | 2078203 | $2,779.31 | $0.00 | $2,779.31 | 09/28/2020 |
| HOME POINT FINANCIAL CORPORA | | 07/31/2020 | 2074225 | $1,725.17 | $0.00 | $1,725.17 | 09/01/2020 |
| HOME POINT FINANCIAL CORPORA | | 06/30/2020 | 2070231 | $2,151.71 | $0.00 | $2,151.71 | 07/24/2020 |
| HOME POINT FINANCIAL CORPORA | | 05/31/2020 | 2066172 | $1,702.09 | $0.00 | $1,702.09 | 06/24/2020 |
| HOME POINT FINANCIAL CORPORA | | 04/30/2020 | 2062184 | $1,727.84 | $0.00 | $1,727.84 | 05/29/2020 |
| HOME POINT FINANCIAL CORPORA | V | 04/14/2020 | 2058420 | ($2,161.61) | $0.00 | ($2,161.61) | 04/14/2020 |
| HOME POINT FINANCIAL CORPORA | M | 04/14/2020 | 2059701 | $2,161.61 | $0.00 | $2,161.61 | 04/24/2020 |
| HOME POINT FINANCIAL CORPORA | | 03/31/2020 | 2058420 | $2,161.61 | $0.00 | $2,161.61 | 04/14/2020 |
| HOME POINT FINANCIAL CORPORA | | 02/29/2020 | 2054293 | $1,730.24 | $0.00 | $1,730.24 | 03/26/2020 |
| HOME POINT FINANCIAL CORPORA | | 01/31/2020 | 2050297 | $699.75 | $0.00 | $699.75 | 02/27/2020 |
| HOME POINT FINANCIAL CORPORA | | 09/30/2019 | 2034243 | $1,225.79 | $0.00 | $1,225.79 | 11/05/2019 |
| HOME POINT FINANCIAL CORPORA | | 08/31/2019 | 2030207 | $1,365.69 | $0.00 | $1,365.69 | 10/01/2019 |
| HOME POINT FINANCIAL CORPORA | | 07/31/2019 | 2026019 | $1,365.69 | $0.00 | $1,365.69 | 08/26/2019 |
| HOME POINT FINANCIAL CORPORA | V | 07/12/2019 | 2021844 | ($1,365.69) | $0.00 | ($1,365.69) | 07/12/2019 |

| name | Type | Date | Check # | Principal | Interest | Total | Reconciled |
|---|---|---|---|---|---|---|---|
| HOME POINT FINANCIAL CORPORA | M | 07/12/2019 | 2023040 | $1,365.69 | $0.00 | $1,365.69 | 07/26/2019 |
| HOME POINT FINANCIAL CORPORA |  | 06/30/2019 | 2021844 | $1,365.69 | $0.00 | $1,365.69 | 07/12/2019 |
| HOME POINT FINANCIAL CORPORA |  | 05/31/2019 | 2017647 | $1,365.69 | $0.00 | $1,365.69 | 06/28/2019 |
| HOME POINT FINANCIAL CORPORA |  | 04/30/2019 | 2013264 | $1,365.69 | $0.00 | $1,365.69 | 05/29/2019 |
| HOME POINT FINANCIAL CORPORA |  | 03/31/2019 | 2008857 | $1,365.69 | $0.00 | $1,365.69 | 04/26/2019 |
| HOME POINT FINANCIAL CORPORA |  | 02/28/2019 | 2004707 | $1,365.69 | $0.00 | $1,365.69 | 04/18/2019 |
| HOME POINT FINANCIAL CORPORA |  | 01/31/2019 | 2000574 | $1,744.30 | $0.00 | $1,744.30 | 02/27/2019 |
| HOME POINT FINANCIAL CORPORA |  | 12/31/2018 | 1996510 | $1,365.69 | $0.00 | $1,365.69 | 01/28/2019 |
| HOME POINT FINANCIAL CORPORA |  | 11/30/2018 | 1992457 | $1,013.62 | $0.00 | $1,013.62 | 12/27/2018 |
| HOME POINT FINANCIAL CORPORA |  | 10/31/2018 | 1988428 | $1,675.23 | $0.00 | $1,675.23 | 11/29/2018 |
| HOME POINT FINANCIAL CORPORA |  | 09/30/2018 | 1979994 | $1,029.61 | $0.00 | $1,029.61 | 11/19/2018 |
| HOME POINT FINANCIAL CORPORA |  | 08/31/2018 | 1975839 | $1,217.84 | $0.00 | $1,217.84 | 09/26/2018 |
| HOME POINT FINANCIAL CORPORA |  | 07/31/2018 | 1971481 | $1,244.13 | $0.00 | $1,244.13 | 08/27/2018 |
| HOME POINT FINANCIAL CORPORA |  | 06/30/2018 | 1967161 | $425.54 | $0.00 | $425.54 | 07/31/2018 |
| HOME POINT FINANCIAL CORPORA |  | 05/31/2018 | 1962832 | $428.65 | $0.00 | $428.65 | 07/02/2018 |
| HOME POINT FINANCIAL CORPORA |  | 03/31/2018 | 1953667 | $829.04 | $0.00 | $829.04 | 05/09/2018 |
| HOME POINT FINANCIAL CORPORA |  | 02/28/2018 | 1948947 | $829.04 | $0.00 | $829.04 | 04/04/2018 |
| HOME POINT FINANCIAL CORPORA |  | 01/31/2018 | 1944521 | $829.04 | $0.00 | $829.04 | 03/16/2018 |
| HOME POINT FINANCIAL CORPORA |  | 12/31/2017 | 1939888 | $829.04 | $0.00 | $829.04 | 02/07/2018 |
| HOME POINT FINANCIAL CORPORA |  | 11/30/2017 | 1935391 | $856.63 | $0.00 | $856.63 | 01/02/2018 |
| HOME POINT FINANCIAL CORPORA |  | 10/31/2017 | 1930821 | $1,241.03 | $0.00 | $1,241.03 | 12/08/2017 |
| HOME POINT FINANCIAL CORPORA |  | 09/30/2017 | 1926199 | $1,634.73 | $0.00 | $1,634.73 | 11/03/2017 |
| HOME POINT FINANCIAL CORPORA |  | 08/31/2017 | 1921507 | $1,246.44 | $0.00 | $1,246.44 | 09/27/2017 |
| HOME POINT FINANCIAL CORPORA |  | 07/31/2017 | 1916819 | $1,927.81 | $0.00 | $1,927.81 | 08/24/2017 |
| STONEGATE MORTGAGE CORPORT | V | 07/13/2017 | 1913060 | ($982.07) | $0.00 | ($982.07) | 07/13/2017 |
| STONEGATE MORTGAGE CORPORT |  | 06/30/2017 | 1913060 | $982.07 | $0.00 | $982.07 | 07/13/2017 |
| STONEGATE MORTGAGE CORPORT |  | 05/31/2017 | 1908315 | $1,215.73 | $0.00 | $1,215.73 | 06/30/2017 |
| STONEGATE MORTGAGE CORPORT |  | 04/30/2017 | 1903356 | $669.78 | $0.00 | $669.78 | 05/31/2017 |
| STONEGATE MORTGAGE CORPORT |  | 03/31/2017 | 1898594 | $571.39 | $0.00 | $571.39 | 05/01/2017 |
| STONEGATE MORTGAGE CORPORT |  | 02/28/2017 | 1893598 | $571.39 | $0.00 | $571.39 | 03/27/2017 |
| STONEGATE MORTGAGE CORPORT | V | 02/14/2017 | 1888978 | ($714.25) | $0.00 | ($714.25) | 02/14/2017 |
| STONEGATE MORTGAGE CORPORT | M | 02/14/2017 | 1889358 | $714.25 | $0.00 | $714.25 | 03/02/2017 |
| STONEGATE MORTGAGE CORPORT |  | 01/31/2017 | 1888978 | $714.25 | $0.00 | $714.25 | 02/14/2017 |
| STONEGATE MORTGAGE CORPORT |  | 12/31/2016 | 1884230 | $957.38 | $0.00 | $957.38 | 01/26/2017 |
|  |  |  | Sub-totals: | $68,837.91 | $0.00 | $68,837.91 |  |

**0041    HOME POINT FINANCIAL CORPORATION**

| name | Date | Check # | Principal | Interest | Total | Reconciled |
|---|---|---|---|---|---|---|
| HOME POINT FINANCIAL CORPORA | 01/31/2019 | 2000574 | $25.60 | $0.00 | $25.60 | 02/27/2019 |
| HOME POINT FINANCIAL CORPORA | 12/31/2018 | 1996510 | $40.00 | $0.00 | $40.00 | 01/28/2019 |
| HOME POINT FINANCIAL CORPORA | 11/30/2018 | 1992457 | $40.14 | $0.00 | $40.14 | 12/27/2018 |
| HOME POINT FINANCIAL CORPORA | 10/31/2018 | 1988428 | $49.65 | $0.00 | $49.65 | 11/29/2018 |
| HOME POINT FINANCIAL CORPORA | 09/30/2018 | 1979994 | $30.16 | $0.00 | $30.16 | 11/19/2018 |
| HOME POINT FINANCIAL CORPORA | 08/31/2018 | 1975839 | $48.78 | $0.00 | $48.78 | 09/26/2018 |

| name | Type | Date | Check # | Principal | Interest | Total | Reconciled |
|---|---|---|---|---|---|---|---|
| HOME POINT FINANCIAL CORPORA | | 07/31/2018 | 1971481 | $49.95 | $0.00 | $49.95 | 08/27/2018 |
| HOME POINT FINANCIAL CORPORA | | 06/30/2018 | 1967161 | $40.59 | $0.00 | $40.59 | 07/31/2018 |
| HOME POINT FINANCIAL CORPORA | | 05/31/2018 | 1962832 | $20.68 | $0.00 | $20.68 | 07/02/2018 |
| HOME POINT FINANCIAL CORPORA | M | 05/14/2018 | 1959629 | $40.00 | $0.00 | $40.00 | 05/25/2018 |
| HOME POINT FINANCIAL CORPORA | V | 05/14/2018 | 1958319 | ($40.00) | $0.00 | ($40.00) | 05/14/2018 |
| HOME POINT FINANCIAL CORPORA | | 04/30/2018 | 1958319 | $40.00 | $0.00 | $40.00 | 05/14/2018 |
| HOME POINT FINANCIAL CORPORA | | 03/31/2018 | 1953667 | $40.00 | $0.00 | $40.00 | 05/09/2018 |
| HOME POINT FINANCIAL CORPORA | | 02/28/2018 | 1948947 | $40.00 | $0.00 | $40.00 | 04/04/2018 |
| HOME POINT FINANCIAL CORPORA | | 01/31/2018 | 1944521 | $40.00 | $0.00 | $40.00 | 03/16/2018 |
| HOME POINT FINANCIAL CORPORA | | 12/31/2017 | 1939888 | $40.00 | $0.00 | $40.00 | 02/07/2018 |
| HOME POINT FINANCIAL CORPORA | | 11/30/2017 | 1935391 | $41.28 | $0.00 | $41.28 | 01/02/2018 |
| HOME POINT FINANCIAL CORPORA | | 10/31/2017 | 1930821 | $59.11 | $0.00 | $59.11 | 12/08/2017 |
| HOME POINT FINANCIAL CORPORA | | 09/30/2017 | 1926199 | $77.37 | $0.00 | $77.37 | 11/03/2017 |
| HOME POINT FINANCIAL CORPORA | | 08/31/2017 | 1921507 | $59.36 | $0.00 | $59.36 | 09/27/2017 |
| HOME POINT FINANCIAL CORPORA | | 07/31/2017 | 1916819 | $90.96 | $0.00 | $90.96 | 08/24/2017 |
| STONEGATE MORTGAGE CORPORT | V | 07/13/2017 | 1913060 | ($46.97) | $0.00 | ($46.97) | 07/13/2017 |
| STONEGATE MORTGAGE CORPORT | | 06/30/2017 | 1913060 | $46.97 | $0.00 | $46.97 | 07/13/2017 |
| STONEGATE MORTGAGE CORPORT | | 05/31/2017 | 1908315 | $57.62 | $0.00 | $57.62 | 06/30/2017 |
| STONEGATE MORTGAGE CORPORT | | 04/30/2017 | 1903356 | $32.32 | $0.00 | $32.32 | 05/31/2017 |
| STONEGATE MORTGAGE CORPORT | | 03/31/2017 | 1898594 | $27.57 | $0.00 | $27.57 | 05/01/2017 |
| STONEGATE MORTGAGE CORPORT | | 02/28/2017 | 1893598 | $27.57 | $0.00 | $27.57 | 03/27/2017 |
| STONEGATE MORTGAGE CORPORT | V | 02/14/2017 | 1888978 | ($34.46) | $0.00 | ($34.46) | 02/14/2017 |
| STONEGATE MORTGAGE CORPORT | M | 02/14/2017 | 1889358 | $34.46 | $0.00 | $34.46 | 03/02/2017 |
| STONEGATE MORTGAGE CORPORT | | 01/31/2017 | 1888978 | $34.46 | $0.00 | $34.46 | 02/14/2017 |
| STONEGATE MORTGAGE CORPORT | | 12/31/2016 | 1884230 | $52.38 | $0.00 | $52.38 | 01/26/2017 |

Sub-totals:  $1,105.55   $0.00   $1,105.55

Grand Total:  $69,943.46   $0.00

3